**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Work 'N Gear LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-0472810 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1900 ROUTE 70 <br> Lakewood, NJ 08701 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Ocean <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.workngear.com |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Work 'N Gear LLC _____    Case number (if known) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4581

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

| Debtor | Work 'N Gear LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Work 'N Gear LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/16/2025
                MM / DD / YYYY

X _____        Larry Nusbaum
Signature of authorized representative of debtor        Printed name

Title    Interim President

**18. Signature of attorney**

X _____        Date    07/16/2025
Signature of attorney for debtor                        MM / DD / YYYY

Eric H. Horn 003822005
Printed name

A.Y. Strauss, LLC
Firm name

290 W. Mount Pleasant Ave.
Suite 3260
Livingston, NJ 07039
Number, Street, City, State & ZIP Code

Contact phone    (973) 287-5006        Email address    ehorn@aystrauss.com

003822005 NJ
Bar number and State

**WRITTEN CONSENT OF**
**THE BOARD OF DIRECTORS**
**OF WORK 'N GEAR, INC.**
**THE SOLE MEMBER**
**OF**
**WORK 'N GEAR, LLC**

**Dated: July 16, 2025**

The Board of Directors (the "***Board***") of Work 'N Gear, Inc., a Delaware corporation (the "***Sole Member***") of Work 'N Gear, LLC, a New York limited liability company (the "***Company***"), does hereby consent to the adoption of the following resolutions dated as set forth above:

**WHEREAS**, the Board has reviewed and considered the financial, legal, and condition of the Company and the Company's business on the date hereof; and

**WHEREAS**, the Board received, reviewed, and considered the recommendations of Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***").

**NOW, THEREFORE, IT IS**:

**RESOLVED**, that in the judgment of the Board, having reviewed and considered the financial condition of the Company, the legal and political issues the Company is faced with, and the Company's business on the date hereof, that it is desirable and in the best interests of the Company, and its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 of the Bankruptcy Code (the "***Chapter 11 Case***");

**RESOLVED FURTHER**, that the Board is hereby authorized and directed to employ in the name of the Company, Alivnder, Inc. to provide an Interim President to the Company, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights; and in connection therewith, the Company is authorized and directed to execute appropriate retention applications to retain the services of Alivnder, Inc.;

**RESOLVED FURTHER**, that Larry Nusbaum is hereby appointed as Interim President of the Company and shall have the authority granted herein;

**RESOLVED FURTHER**, that Larry Nusbaum, the Interim President, and such other officer or persons as the Interim President directs (each an "***Authorized Person***" and collectively, the "***Authorized Persons***") be, and each is, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code;

**RESOLVED FURTHER** that the law firm of A.Y. Strauss LLC be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Chapter 11 Case, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain services of A.Y. Strauss LLC;

**RESOLVED FURTHER** that KCP Advisory Group be employed as financial advisors to the Company and the Interim President on behalf of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain services of KCP Advisory Group;

**RESOLVED FURTHER** that RCS Real Estate Advisors be employed as the leasing advisor to the Company and the Interim President on behalf of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain services of RCS Real Estate Advisors;

**RESOLVED FURTHER** that Robert Grosskopf (or an entity controlled thereby) be employed as the store closing advisors to the Company and the Interim President on behalf of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain services of Robert Grosskopf (or an entity controlled thereby);

**RESOLVED FURTHER,** that the Interim President is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as the Interim President may deem necessary or advisable in connection with any financing arrangement, sale of assets, or any other action deemed to be in the best interest of the Company, its creditors and other interested parties in the discretion of the Interim President;

**RESOLVED FURTHER,** that all of the acts and transactions taken by the Interim President be, and is, authorized in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date first written above.

WORK 'N GEAR, LLC
*A New York limited liability company*

By: **WORK 'N GEAR, INC.**
*a Delaware corporation*
*its Sole Member*

By: _____
Name: Anthony DiPaolo
Title: Authorized Signatory

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Work 'N Gear LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5.11 INC 62789 Collection Center Drive Chicago, IL 60693 | Jessica Lanza jessical@511tactical.com (209) 566-4604 | Trade debt | | | | $52,200.93 |
| BARCO UNIFORMS 350 WEST ROSECRANS AVE. GARDENA, CA | Pierre Zara pierre.zara@barcouniforms.com (310) 719-2138 | Trade debt | | | | $74,497.52 |
| BLACK DIAMOND GROUP, INC. PO BOX 715108 Cincinnati, OH 45271 | Michelle Ragone mragone@bdboots.com (781) 939-7857 | Trade debt | | | | $129,604.58 |
| BRIXMOR GA AMERICA, LLC PO BOX 645341 Cincinnati, OH | Gloria Griffin gloria.griffin@brixmor.com (781) 313-2015 | Landlord | | | | $59,853.87 |
| CARHARTT INC. P.O.Box 856843 Minneapolis, MN 55485 | Anissa M. Martin ammartin@carhartt.com (248) 915-2107 | Trade debt | | | | $515,512.00 |
| CEA BROMFIELD LLC 1105 Massachusetts Ave, Ste2-F Cambridge, MA 02138 | Lisa Tozier accounting@ceagroupinc.com (617) 876-9505 | Landlord | | | | $45,851.13 |
| CID RESOURCES PO BOX 749640 Atlanta, GA 30374 | Monica Belloso mbelloso@cidresources.com (833) 290-4894 | Trade debt | | | | $89,708.31 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    Work 'N Gear LLC _____    Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HELLY HANSEN (U.S.) INC. Dept. CH 19576 Palatine, IL 60055 | Katheryn Cham katheryn.cham@hellyhansen.com (604) 204-7080 | Trade debt | | | | $43,482.32 |
| HH Brown P.O. BOX 548 Fort Worth, TX 76101 | Jason Capozza capozzaj@bhshoeholdings.com (203) 302-6418 | Trade debt | | | | $46,959.19 |
| KEEN, INC. 515 NW 13th Avenue Portland, OR 97209 | Lindsey Giglio lindsey.giglio@keenfootwear.com (844) 899-2408 | Trade debt | | | | $78,754.55 |
| OSATA ENTERPRISES, INC P.O. BOX 1036 Charlotte, NC 28201 | Flor Duarte flor.duarte@globebrand.com (704) 339-2807 | Trade debt | | | | $185,723.90 |
| PRESTIGE MEDICAL 6320 CANOGA AVE, SUITE 101 WOODLAND HILLS, CA | Pilar Aguilar pilar@prestigemedical.com (818) 993-3030 | Trade debt | | | | $41,557.69 |
| Retail Property Management 10307 WORTHINGTON LANE Prospect, KY 40059 | Ron Widman ron@retailpm.net (502) 387-0947 | Trade debt | | | | $137,819.04 |
| STOP & SHOP COMPANY INC PO BOX 3797 Boston, MA 02241 | Kendal Donson ausa.ar-tenantreceivables@retailbusinessservices.com (617) 770-6446 | Landlord | | | | $43,714.03 |
| STRATEGIC DISTRIBUTION INC. PO BOX 103289 Pasadena, CA 91189 | Sandra Sandoval ssandoval@careismatic.com (609) 457-4248 | Trade debt | | | | $257,376.97 |
| The Timberland Company 13911 COLLECTION CENTER Chicago, IL 60693 | Dilpreet Singh dilpreet_singh@vfc.com (920) 441-7741 | Trade debt | | | | $226,264.00 |
| WARSON GROUP INC 121 HUNTER AVE, SUITE 204 Saint Louis, MO 63124 | Diane Hennenhoefer dhennenhoefer@warsonbrands.com (201) 390-1003 | Trade debt | | | | $60,043.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   Work 'N Gear LLC
_____        Case number *(if known)*   _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WATERTOWN MALL PO Box 102697 Pasadena, CA 91189 | LESLEY TOKARZ ltokarz@are.com (617) 926-4968 | Landlord | | | | $51,055.26 |
| WILLIAMSON-DICKI E MFG CO PO BOX 1779 Fort Worth, TX 76101 | HARI PRIYAN PREMANANTH haripriyan_premana nth@vfc.com (920) 441-7741 | Trade debt | | | | $187,166.45 |
| WOLVERINE 25759 Network Place Chicago, IL 60673 | Pamela Rozema pamela.rozema@w wwinc.com (800) 748-0455 | Trade debt | | | | $207,215.00 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 3

# United States Bankruptcy Court
### District of New Jersey

In re    Work 'N Gear LLC
                                      Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Work 'N Gear Inc., a Delaware corporation | | 100% | Membership interests |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Interim President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 16, 2025
                         Signature    /s/ Larry Nusbaum
                                             Larry Nusbaum

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re    Work 'N Gear LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Work ?N Gear LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Work 'N Gear Inc., a Delaware corporation

☐ None [*Check if applicable*]

July 16, 2025

Date

/s/ Eric H. Horn

Eric H. Horn

Signature of Attorney or Litigant
Counsel for    Work 'N Gear LLC

A.Y. Strauss, LLC
290 W. Mt. Pleasant Ave.
Suite 3260
Livingston, NJ 07039
(973) 287-5006
ehorn@aystrauss.com