UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Brent I. Weisenberg, Esq.
Colleen M. Restel, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 597-2500
Email: bweisenberg@lowenstein.com
Email: crestel@lowenstein.com

-and-

Jeffrey L. Cohen, Esq. (admitted *pro hac vice*)
Eric S. Chafetz, Esq.
Kelly E. Moynihan, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: kmoynihan@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| Work 'N Gear, LLC, <br><br> Debtor. | Case No. 25-17472 (MEH) |

**FIRST MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD AUGUST 7, 2025 THROUGH AUGUST 31, 2025**

Lowenstein Sandler LLP, counsel to the Official Committee of Unsecured Creditors (the

"Committee") appointed in the chapter 11 case of the above-captioned Debtor-in-Possession (the

"Debtor"), submits this first monthly fee statement (the "First Monthly Fee Statement"), for the

period from August 7, 2025 through August 31, 2025, pursuant to the Debtor's *Administrative*

*Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation*

*and Reimbursement of Expenses of Professionals Retained by Order of This Court* (the

"<u>Administrative Fee Order</u>") [Docket No. 114].

Pursuant to the Administrative Fee Order, responses to the First Monthly Fee Statement,

if any, are due by September 30, 2025.

Dated: September 16, 2025                                Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

<u>/s/ *Colleen M. Restel*   </u>
Brent I. Weisenberg, Esq.
Colleen M. Restel, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 597-2500
Email: bweisenberg@lowenstein.com
Email: crestel@lowenstein.com

-and-

Jeffrey L. Cohen, Esq. (admitted *pro hac vice*)
Eric S. Chafetz, Esq.
Kelly E. Moynihan, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: kmoynihan@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Work 'N Gear, LLC | APPLICANT: | Lowenstein Sandler LLP |
| | | CLIENT: | Official Committee Of |
| CASE NO.: | 25-17472 (MEH) | | Unsecured Creditors |
| CHAPTER: | 11 | CASE FILED: | July 16, 2025 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**FIRST MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD AUGUST 7, 2025 THROUGH AUGUST 31, 2025**

**SECTION I**
**FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | **$0.00** | **$0.00** |
| TOTAL FEES ALLOWED TO DATE: | **$0.00** | **$0.00** |
| TOTAL RETAINER REMAINING (IF APPLICABLE) | **$0.00** | **$0.00** |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE) | **$0.00** | **$0.00** |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER | **$0.00** | **$0.00** |

| | |
|---|---|
| FEE TOTALS | $105,249.50 |
| DISBURSEMENTS TOTALS | +   $812.64 |
| TOTAL FEE APPLICATION | $106,062.14 |
| MINUS 20% HOLDBACK | -$21,049.90 |
| AMOUNT SOUGHT AT THIS TIME | $85,012.24 |

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Chafetz, Eric S. | 2004 | Partner/Bankruptcy | 2.60 | $1,195.00 | $3,107.00 |
| Cohen, Jeffrey | 2000 | Partner/Bankruptcy | 2.10 | $1,555.00 | $3,265.50 |
| Restel, Colleen M. | 2015 | Partner/Bankruptcy | 23.70 | $1,125.00 | $26,662.50 |
| Sica, Theodore C. | 2003 | Partner/Corporate / Tax | 2.00 | $1,270.00 | $2,540.00 |
| Weisenberg, Brent I. | 2002 | Partner/Bankruptcy | 0.50 | $1,160.00 | $580.00 |
| Moynihan, Kelly E. | 2016 | Counsel/Bankruptcy | 29.80 | $1,055.00 | $31,439.00 |
| Caporale, Geena M. | 2022 | Associate/Corporate / Tax | 3.70 | $895.00 | $3,311.50 |
| Gauvin, Carolyn | 2024 | Associate/Bankruptcy | 45.00 | $660.00 | $29,700.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 9.90 | $400.00 | $3,960.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 1.80 | $380.00 | $684.00 |
| | | | | | |
| **TOTAL FEES** | | | **121.10** | | **$105,249.50** |
| **Attorney Blended Rate** | | | | | **$919.61** |

## SECTION II
## SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 38.30 | $32,690.00 |
| B120 | Asset Analysis and Recovery | 0.30 | $337.50 |
| B120A | Investigation of Prepetition Lenders | 6.90 | $7,008.50 |
| B150 | Meetings of and Communication with Creditors | 13.70 | $12,316.00 |
| B160 | Fee/Employment Applications | 16.10 | $11,019.00 |
| B165 | Employment and Retention Applications - Others | 2.30 | $2,020.00 |
| B230 | Financing/Cash Collateral | 41.40 | $37,538.00 |
| B430A | Court Hearings | 1.10 | $1,209.50 |
| B440 | Schedules and Statements | 1.00 | $1,111.00 |
| | | | |
| | **Total** | **121.10** | **$105,249.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Messenger and delivery charges | $45.64 |
| Filing fees | $767.00 |
| **Total Disbursements** | **$812.64** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)    DATE CASE FILED: July 16, 2025

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION: September 3, 2025, effective as of August 7, 2025 [Docket No. 108].

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a)    Lowenstein Sandler commenced and guided the Committee's investigation into the acts, conduct, assets, liabilities and financial condition of the Debtor, including: (i) reviewed and analyzed prepetition loan documents and prepared a short-form lien memorandum; and (ii) communicated with counsel for Eastern Bank (the "Lender") to request documentation concerning the validity and scope of prepetition liens. These activities supported the Committee's efforts to understand and evaluate the Lender's liens, claims and security interests in the bankruptcy case.

    b)    Lowenstein Sandler spent significant time reviewing, negotiating, and providing comments on the Debtors' cash collateral, cash management, and other first day orders. Specifically, Lowenstein Sandler: (i) reviewed and commented on the proposed orders, (ii) prepared issues lists related to first day pleadings; (iii) participated in internal and external calls with the Debtor's professionals and counsel for the Lender with respect to the Debtors' first day relief; and (iv) attended hearings related to cash collateral usage and the related budget.

    c)    Lowenstein Sandler addressed initial organizational matters associated with establishing a functioning committee, including, but not limited to, (i) conducted and participated in internal and external calls regarding case status and strategy; (ii) reviewed and revised notices of appearance; (iii)

attended to the retention of Lowenstein Sandler as legal counsel; (iv) prepared the Committee's by-laws; and (v) communicated with the U.S. Trustee and Committee members regarding case developments and administrative matters.

d)   Lowenstein Sandler organized, prepared for, and participated in meetings and communicated with the Committee in order to ensure the Committee was kept informed and engaged throughout the bankruptcy process. Tasks performed included: (i) drafted and revised update emails, agendas, and correspondence to Committee members; (ii) responded to individual creditor inquiries regarding the bankruptcy case, debtor's schedules, and proofs of claim and coordinated and participated in weekly Committee calls; and (iii) facilitated communication between the Committee and other parties involved in the case.

e)   Lowenstein Sandler attended to a number of different administrative tasks, including, without limitation, reviewing general case documents, reviewing and maintaining dockets, critical dates memos and case calendars.

f)   Lowenstein Sandler performed all other legal services for the Committee that were necessary and proper in these proceedings.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

(A)   ADMINISTRATION EXPENSES:            (unknown at this time)
(B)   SECURED CREDITORS:                  (unknown at this time)
(C)   PRIORITY CREDITORS:                 (unknown at this time)
(D)   GENERAL UNSECURED CREDITORS:        (unknown at this time)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2025                    /s/ *Colleen M. Restel*_____
                                             Colleen M. Restel, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Brent I. Weisenberg, Esq.
Colleen M. Restel, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 597-2500
Email: bweisenberg@lowenstein.com
Email: crestel@lowenstein.com

-and-

Jeffrey L. Cohen, Esq. (admitted *pro hac vice*)
Eric S. Chafetz, Esq.
Kelly E. Moynihan, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: kmoynihan@lowenstein.com

*Proposed Counsel to the Official Committee of*

Order Filed on September 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Work 'N Gear, LLC,

                                    Debtor.

Chapter 11

Case No. 25-17472 (MEH)

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION
OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, EFFECTIVE AS OF AUGUST 7, 2025**

          The relief set forth on the following pages, numbered two (2) through four (4), is
hereby **ORDERED**.

**DATED: September 3, 2025**

                                              Honorable Mark E. Hall
                                              United States Bankruptcy Judge

Page:       2
Debtor:     Work 'N Gear, LLC
Case No.:   25-17472 (MEH)
Caption:    Order Authorizing and Approving the Employment and Retention of Lowenstein
            Sandler LLP as Counsel to the Official Committee of Unsecured Creditors, Effective
            as of August 7, 2025

Upon consideration of the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtor and debtor-in-possession (the "Debtor") for authorization to employ and retain Lowenstein Sandler LLP ("Lowenstein Sandler") to serve as counsel for the Committee, effective as of August 7, 2025; and upon consideration of the Cohen Declaration in support of the Application; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157; and the Court having found that venue of this case and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Application has been given as set forth in the Application and that such notice is adequate and no other or further notice need be given; and the Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that Lowenstein Sandler does not hold or represent an interest adverse to the Debtor's estate, and is a disinterested person under section 101(14) of the Bankruptcy Code; and the Court having found that the employment and retention of Lowenstein Sandler is necessary and in the best interest of the Committee, the Debtor, its estate, its creditors, and all other parties in interest; and after due deliberation and sufficient cause appearing therefor,

It is hereby **ORDERED** as follows:

1.      The Application is granted as set forth herein.

---

[1]     Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Application.

Page:      3
Debtor:    Work 'N Gear, LLC
Case No.:  25-17472 (MEH)
Caption:   Order Authorizing and Approving the Employment and Retention of Lowenstein
           Sandler LLP as Counsel to the Official Committee of Unsecured Creditors, Effective
           as of August 7, 2025

2.      Pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Rule 2014-1 of the Local Rules, the Committee is authorized and empowered to employ and retain Lowenstein Sandler, effective as of August 7, 2025, to serve as its counsel in the above-captioned case.

3.      Lowenstein Sandler shall be compensated for its services and reimbursed for expenses in accordance with the procedures set forth in sections 328, 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules, and any applicable orders entered by this Court in respect of compensation of professionals.

4.      Lowenstein Sandler shall apply for compensation for professional services and reimbursement of expenses in connection with the Debtor's Chapter 11 Case in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, any case-specific fee protocols approved by the Court after notice and a hearing pursuant to any other applicable procedures and orders of the Court.

5.      Lowenstein Sandler shall provide ten days' notice to the Debtor, the U.S. Trustee, and the Committee before any increases in the rates set forth in the Application or any agreement entered into in connection with the Committee's retention of Lowenstein Sandler are implemented and shall file such notice with the Court, provided, however, that in the event that the Lowenstein Sandler attorneys responsible for this matter do not have sufficient advance notice of such rate increases, Lowenstein Sandler shall provide notice to the Debtor, the U.S. Trustee, and the Committee as soon as practicable after the information regarding rate increases becomes available to the Lowenstein Sandler attorneys responsible for this matter.

Page:      4
Debtor:    Work 'N Gear, LLC
Case No.:  25-17472 (MEH)
Caption:   Order Authorizing and Approving the Employment and Retention of Lowenstein
           Sandler LLP as Counsel to the Official Committee of Unsecured Creditors, Effective
           as of August 7, 2025

_____

6.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

7.      This Court shall retain jurisdiction over any and all matters arising from or relating

to the interpretation of implementation of this Order.

UCC of Work 'N Gear LLC                                                                                                          Page 1
Invoice No.: 1239581                                                                                                September 10, 2025

## EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through August 31, 2025

In re: Chapter 11 Bankruptcy

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Chafetz, Eric S. | 2004 | Partner/Bankruptcy | 2.60 | $1,195.00 | $3,107.00 |
| Cohen, Jeffrey | 2000 | Partner/Bankruptcy | 2.10 | $1,555.00 | $3,265.50 |
| Restel, Colleen M. | 2015 | Partner/Bankruptcy | 23.70 | $1,125.00 | $26,662.50 |
| Sica, Theodore C. | 2003 | Partner/Corporate / Tax | 2.00 | $1,270.00 | $2,540.00 |
| Weisenberg, Brent I. | 2002 | Partner/Bankruptcy | 0.50 | $1,160.00 | $580.00 |
| Moynihan, Kelly E. | 2016 | Counsel/Bankruptcy | 29.80 | $1,055.00 | $31,439.00 |
| Caporale, Geena M. | 2022 | Associate/Corporate / Tax | 3.70 | $895.00 | $3,311.50 |
| Gauvin, Carolyn | 2024 | Associate/Bankruptcy | 45.00 | $660.00 | $29,700.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 9.90 | $400.00 | $3,960.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 1.80 | $380.00 | $684.00 |
| **TOTAL FEES** | | | **121.10** | | **$105,249.50** |

UCC of Work 'N Gear LLC                                                                                    Page 2
Invoice No.: 1239581                                                                          September 10, 2025

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

<u>B100 - Administration</u>

<u>B110 Case Administration</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 08/07/25 | CG | Call with B. Weisenberg (.1) and K. Moynihan (.1) re: case | 0.20 | $132.00 |
| B110 | 08/07/25 | CMR | Review and revise Notice of Appearance (.1); Confer re: case administration (.2) | 0.30 | $337.50 |
| B110 | 08/07/25 | DC | Commence drafting critical dates memo (.4); e-mails with K. Moynihan re: extensions (.2); update electronic files (.1) | 0.70 | $280.00 |
| B110 | 08/07/25 | ESC | Confer with K. Moynihan and B. Weisenberg re: case | 0.30 | $358.50 |
| B110 | 08/07/25 | JC | Multiple e-mails with UST and Committee re: committee formation | 0.20 | $311.00 |
| B110 | 08/07/25 | KEM | Review and analysis of immediate case issues with E. Chafetz (.3); correspondence with E. Horn re: call re: first day motions (.3); call with C. Gauvin re: first day orders (.2); calls with B. Weisenberg re: immediate case issues (.2); correspondence with C. Restel re: first day orders (.2); review notice of appearance (.2); review pro hac vice motion (.2); correspondence with D. Claussen re: notice of appearance and pro hacs (.3); correspondence with C. Gauvin re: first day orders (.2); review first day declaration (.4) | 2.50 | $2,637.50 |
| B110 | 08/08/25 | CG | Review, analyze, and mark up wages final order (.5), customer programs final order (.6), utilities final order (.5), taxes final order (.7) and send summary of issues to K. Moynihan and C. Restel (.5) | 2.80 | $1,848.00 |
| B110 | 08/08/25 | CG | Confer with K. Moynihan re: committee bylaws (.2); draft committee bylaws (.8) | 1.00 | $660.00 |
| B110 | 08/08/25 | CMR | Analyze issues re: case background and first day motions (.7); Call with Debtor's counsel re: same (.4); Call with Lender's counsel re: same (.2) | 1.30 | $1,462.50 |
| B110 | 08/08/25 | DC | Review docket, download pleadings (.5); update critical dates memo and attorney calendar (.8) | 1.30 | $520.00 |
| B110 | 08/08/25 | ESC | Participate in initial call with lenders' counsel | 0.20 | $239.00 |
| B110 | 08/08/25 | ESC | Attend portion of initial call with counsel for the debtor | 0.20 | $239.00 |

UCC of Work 'N Gear LLC

Invoice No.: 1239581

Page 3

September 10, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 08/08/25 | JC | Review update email from K. Moynihan | 0.10 | $155.50 |
| B110 | 08/08/25 | KEM | Call with E. Chafetz, C. Restel and E. Horn re: case background (.4) call with E. Chafetz, C. Restel, A. Rheaume and D. Smolarski re: case background (.2); correspondence with J. Cohen and B. Weisenberg re: same (.4) | 1.00 | $1,055.00 |
| B110 | 08/09/25 | CG | Finalize committee bylaws | 0.60 | $396.00 |
| B110 | 08/09/25 | KEM | Review first day orders (1.1); correspondence with C. Gavin re: same (.4); review first day motions (1.9) | 3.40 | $3,587.00 |
| B110 | 08/10/25 | CG | Incorporate comments from K. Moynihan and C. Restel re: final orders of first day motions | 3.00 | $1,980.00 |
| B110 | 08/10/25 | CMR | Review and revise comments to draft First Day Orders | 1.30 | $1,462.50 |
| B110 | 08/10/25 | KEM | Review C. Restel comments to first day orders (.1); correspondence with C. Gauvin re: same (.2); revise first day orders (.3); correspondence with J. Cohen, B. Weisenberg, and E. Chafetz re: same (.1) | 0.70 | $738.50 |
| B110 | 08/11/25 | CG | Update personal workstreams (.3) and confer internally re: next steps (.2) | 0.50 | $330.00 |
| B110 | 08/11/25 | CMR | Analyze issues re: First Day Orders | 0.40 | $450.00 |
| B110 | 08/11/25 | ESC | Emails re: first day motion comments (.1); review motion comments (.1) | 0.20 | $239.00 |
| B110 | 08/11/25 | KEM | Correspondence with E. Horn re: first day orders (.2); correspondence with B. Weisenberg, E. Chafetz, C. Restel and C. Gauvin re: first day orders (.4) | 0.60 | $633.00 |
| B110 | 08/12/25 | CMR | Call with UST re: Committee | 0.10 | $112.50 |
| B110 | 08/12/25 | CMR | Review and revise Committee Bylaws | 0.80 | $900.00 |
| B110 | 08/12/25 | KEM | Call with C. Restel and E. Horn re: first day orders (.4); call with C. Restel re: same (.1); correspondence with J. Cohen, B. Weisenberg and E. Chafetz re: same (.1); correspondence with C. Gauvin re: 341 meeting (.1); correspondence from C. Restel re: call with UST (.1); review UST notice of appointment (.1) | 0.90 | $949.50 |
| B110 | 08/12/25 | KEM | Review cash management order revisions | 0.20 | $211.00 |
| B110 | 08/13/25 | CG | Prepare for (.2) and participate in 341 meeting of creditors (2.0); draft written summary of same (.7) and prepare same for email to committee members (.4) | 3.30 | $2,178.00 |

UCC of Work 'N Gear LLC
Invoice No.: 1239581

Page 4
September 10, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 08/13/25 | CG | Update Committee bylaws with 5th committee member and committee chair person (.3); confer with C. Restel and E. Chafetz re: same (.3); send committee bylaws to all committee members via DocuSign (.3) and confer internally re: same (.3) | 1.20 | $792.00 |
| B110 | 08/13/25 | CMR | Review proposed Second Interim Cash Management Order | 0.20 | $225.00 |
| B110 | 08/13/25 | EBL | Review docket for calendar updates | 0.20 | $76.00 |
| B110 | 08/13/25 | KEM | Review and analysis of immediate case issues with C. Restel (.3); correspondence with E. Horn re: second day hearing (.2); correspondence with E. Chafetz, C. Restel and C. Gauvin re: first day orders (.1); correspondence with E. Chafetz and C. Restel re: bylaws (.1); correspondence with L. Heilman re: case status (.1); review correspondence with committee member re: claims (.2) | 1.00 | $1,055.00 |
| B110 | 08/13/25 | KEM | Review revised cash management order | 0.30 | $316.50 |
| B110 | 08/14/25 | CG | Review debtors' final comments to second day orders and run comparisons against Lowenstein's comments to same | 0.40 | $264.00 |
| B110 | 08/14/25 | CG | Review and analyze interim compensation procedures motion (.8) and send comments to C. Restel re: same (.2) | 1.00 | $660.00 |
| B110 | 08/14/25 | CMR | Review revisions to Interim Cash Management Order (.1); Review proposed Interim Compensation Procedures (.1) | 0.20 | $225.00 |
| B110 | 08/14/25 | KEM | Correspondence from C. Restel and C. Gauvin re: revised first day orders | 0.20 | $211.00 |
| B110 | 08/15/25 | KEM | Review revised first day orders (.5); correspondence with E. Horn re: same (.1) | 0.60 | $633.00 |
| B110 | 08/18/25 | ESC | Review cash collateral issues list (.1); emails re: same (.1) | 0.20 | $239.00 |
| B110 | 08/19/25 | DC | Review docket and download pleadings (.3); update electronic files (.1); update critical dates memo and attorney calendar (.5) | 0.90 | $360.00 |
| B110 | 08/21/25 | DC | Review docket, update critical dates memo and attorney calendar | 0.20 | $80.00 |
| B110 | 08/21/25 | DC | Update master service list mailing label document | 0.30 | $120.00 |

UCC of Work 'N Gear LLC
Invoice No.: 1239581

Page 5
September 10, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 08/25/25 | DC | Update electronic files, review docket and update critical dates memo | 0.30 | $120.00 |
| B110 | 08/26/25 | CMR | Confer with Debtor re: open issues re: first day motions and case status | 0.20 | $225.00 |
| B110 | 08/26/25 | KEM | Correspondence with C. Restel, E. Horn and M. Kaufman re: status call | 0.20 | $211.00 |
| B110 | 08/27/25 | CMR | Confer re: adjournment of final hearing on Cash Management Motion (.1); Call (and emails) with K. Moynihan re: case updates (.1) | 0.20 | $225.00 |
| B110 | 08/27/25 | DC | Review docket, update critical dates memo and attorney calendar | 0.20 | $80.00 |
| B110 | 08/27/25 | KEM | Correspondence with C. Restel re: update call with Debtors' professionals (.1); call with E. Horn and M. Kaufman re: case update (.3); email to C. Restel re: same (.2); correspondence with R. Wolf re: case status call (.1); correspondence from E. Horn re: CRO retention adjournment (.1) | 0.80 | $844.00 |
| B110 | 08/28/25 | BIW | Review recently docketed orders | 0.30 | $348.00 |
| B110 | 08/28/25 | DC | Review docket, download pleadings (.1), update critical dates memo and attorney calendar (.2) | 0.30 | $120.00 |
| B110 | 08/28/25 | KEM | Correspondence re: cash management hearing adjournment | 0.10 | $105.50 |
| B110 | 08/29/25 | CMR | Call with US Trustee re: case status | 0.20 | $225.00 |
| B110 | 08/29/25 | KEM | Call with C. Restel re: immediate case issues (.2); call with C. Restel and R. Wolf re: same (.2); draft agenda for 9/2 call with debtors (.1) | 0.50 | $527.50 |
| | | | **Total B110 - Case Administration** | 38.30 | $32,690.00 |

B120 Asset Analysis and Recovery

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120 | 08/13/25 | CMR | Call with R. Wolf re: 341 meeting (.1); Confer with LS Team re: 341 Meeting (.2) | 0.30 | $337.50 |
| | | | **Total B120 - Asset Analysis and Recovery** | 0.30 | $337.50 |

B120A Investigation of Prepetition Lenders

UCC of Work 'N Gear LLC                                                                          Page 6
Invoice No.: 1239581                                                                   September 10, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120A | 08/11/25 | CMR | Summary review of loan documents | 0.30 | $337.50 |
| B120A | 08/12/25 | CG | Confer with K. Moynihan and G. Caporale re: loan document review and gather documents in connection with same | 0.40 | $264.00 |
| B120A | 08/12/25 | GMC | Review existing loan documentation | 0.70 | $626.50 |
| B120A | 08/12/25 | KEM | Correspondence with C. Gauvin re: lien review | 0.10 | $105.50 |
| B120A | 08/13/25 | GMC | Review existing loan documents; prepare short form lien memo | 3.00 | $2,685.00 |
| B120A | 08/13/25 | TCS | Work on lien analysis | 1.80 | $2,286.00 |
| B120A | 08/14/25 | CMR | Review summary of loan documents (.3); Confer with Eastern Bank re: additional documents requested (.1) | 0.40 | $450.00 |
| B120A | 08/14/25 | TCS | Work on lien analysis | 0.20 | $254.00 |
| | | | **Total B120A - Investigation of Prepetition Lenders** | 6.90 | $7,008.50 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 08/08/25 | BIW | Draft introductory email to Committee | 0.20 | $232.00 |
| B150 | 08/08/25 | CMR | Revise and send correspondence to Committee re: case updates | 0.40 | $450.00 |
| B150 | 08/08/25 | KEM | Draft update email to Committee (.3); correspondence with J. Cohen, B. Weisenberg, and C. Restel re: same (.2) | 0.50 | $527.50 |
| B150 | 08/12/25 | CG | Organize weekly committee calls and confer with K. Moynihan re: same (.2); confer with K. Moynihan re: 341 meeting (.1); correspond to C. Restel and K. Moynihan re: first Committee call agenda (.2); draft agenda re: same, finalize, and send to Committee members with comments from C. Restel and J. Cohen (.6) | 1.10 | $726.00 |
| B150 | 08/12/25 | CMR | Prepare for call with Committee (.4); Confer with Committee Members via email (.3) | 0.70 | $787.50 |
| B150 | 08/12/25 | KEM | Review agenda (.1); correspondence with C. Restel and C. Gauvin re: 8/13 committee call (.2) | 0.30 | $316.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 08/13/25 | CG | Confer with C. Restel and K. Moynihan re: committee call agenda (.1); confer with UCC members re: meeting invitation (.2) | 0.30 | $198.00 |
| B150 | 08/13/25 | CG | Prepare for (.2) and participate in committee call (.4); confer with C. Restel and K. Moynihan re: next steps in connection with same (.1); draft correspondence to committee member Warson Brands re: bankruptcy case questions and send same to C. Restel (.4); incorporate comments from C. Restel and review Debtor's schedules in connection with same (.3); incorporate comments from J. Cohen and C. Restel re: correspondence to UCC in connection with 341 meeting and financial advisor information (.5) | 1.90 | $1,254.00 |
| B150 | 08/13/25 | CMR | Prepare for (.3) and participate in (.4) Committee call; Review and revise email to Committee re: administrative matters (.3); Confer re: individual creditor inquiries (.4); Review and revise bylaws (.3) | 1.70 | $1,912.50 |
| B150 | 08/13/25 | JC | Participate in weekly UCC meeting | 0.30 | $466.50 |
| B150 | 08/13/25 | KEM | Prepare for committee call (.4); committee call (.4); review email to Committee re: financial advisor (.1) | 0.90 | $949.50 |
| B150 | 08/14/25 | KEM | Email to Committee re: second day hearing | 0.30 | $316.50 |
| B150 | 08/15/25 | CG | Confer with committee member re: Debtor's schedules and proofs of claim | 0.20 | $132.00 |
| B150 | 08/18/25 | CG | Draft committee call update and agenda in preparation for weekly call (.1); draft email for CEO presentation (.1) | 0.20 | $132.00 |
| B150 | 08/18/25 | KEM | Review email to debtor's counsel re: CEO presentation | 0.10 | $105.50 |
| B150 | 08/19/25 | CG | Incorporate comments from C. Restel to email re: CEO presentation to Committee (.2); draft committee update email (.4) and incorporate comments from C. Restel re: same (.2) | 0.80 | $528.00 |
| B150 | 08/19/25 | CMR | Review and revise communications to Committee re update of case | 0.30 | $337.50 |
| B150 | 08/19/25 | KEM | Review draft email to committee re: 8/20 call | 0.10 | $105.50 |
| B150 | 08/20/25 | CG | Confer internally re: Committee member's inquiries re: case issues | 0.30 | $198.00 |
| B150 | 08/20/25 | KEM | Correspondence with committee re: inquiries re: case issues | 0.20 | $211.00 |

UCC of Work 'N Gear LLC                                                                              Page 8
Invoice No.: 1239581                                                                        September 10, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 08/22/25 | CG | Review email from committee member re: schedules (.1) and confer with C. Restel and K. Moynihan re: same (.1) | 0.20 | $132.00 |
| B150 | 08/22/25 | KEM | Correspondence with C. Gauvin re: creditor claim inquiry | 0.10 | $105.50 |
| B150 | 08/25/25 | CG | Draft email to committee member re: debtor's schedules | 0.60 | $396.00 |
| B150 | 08/25/25 | CMR | Respond to creditor inquiries | 0.10 | $112.50 |
| B150 | 08/25/25 | KEM | Correspondence with C. Restel and C. Gauvin re: creditor inquiry | 0.10 | $105.50 |
| B150 | 08/26/25 | CG | Email re: weekly committee update | 0.20 | $132.00 |
| B150 | 08/26/25 | CMR | Confer with creditors re: case inquiries | 0.40 | $450.00 |
| B150 | 08/26/25 | KEM | Correspondence with C. Restel re: 8/27 committee call (.1); draft email to committee re: 8/27 call (.2) | 0.30 | $316.50 |
| B150 | 08/27/25 | CG | Email committee member re: bar date | 0.70 | $462.00 |
| B150 | 08/27/25 | CMR | Confer with C. Gauvin re: response to creditor inquiry | 0.10 | $112.50 |
| B150 | 08/27/25 | KEM | Review draft email to committee member re: bar date | 0.10 | $105.50 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 13.70 | $12,316.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 08/07/25 | DC | Prepare Notice of Appearance (.5) and pro hac applications for J. Cohen and K. Moynihan (.8); revisions to Notice of Appearance (.4) and pro hac applications (.6) and tend to e-filing same (.6) | 2.90 | $1,160.00 |
| B160 | 08/08/25 | DC | Draft LS retention pleadings (1.1); review conflicts report (.2); update Declaration with conflict disclosures (.3) and prepare certification of service (.2) | 1.80 | $720.00 |
| B160 | 08/11/25 | KEM | Correspondence with C. Gauvin re: debtor retention applications | 0.20 | $211.00 |
| B160 | 08/14/25 | CG | Review and revise retention application | 0.20 | $132.00 |
| B160 | 08/14/25 | KEM | Correspondence with C. Gauvin re: retention application (.2); review interim compensation summary (.1) | 0.30 | $316.50 |

UCC of Work 'N Gear LLC

Invoice No.: 1239581

Page 9

September 10, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 08/15/25 | CG | Review and revise LS retention application, C. Restel declaration, and proposed order (1.3), and send comments re: same to K. Moynihan and C. Restel for review (.5) | 1.80 | $1,188.00 |
| B160 | 08/19/25 | DC | Review pro hac vice orders for J. Cohen and K. Moynihan (.2), draft letters to the US District Court and NJ Client Fund and coordinate delivery of same (.4) | 0.60 | $240.00 |
| B160 | 08/20/25 | DC | Edit and format retention papers and follow up with attorney team re: timeline for filing | 0.20 | $80.00 |
| B160 | 08/21/25 | CG | Incorporate comments from K. Moynihan re: retention application, declaration, and proposed order (1.1); finalize interest parties list (.5) and confer with E. Lawler re: same (.2) | 1.80 | $1,188.00 |
| B160 | 08/21/25 | KEM | Revise retention application (1.2); correspondence with C. Gauvin re: same (.3) | 1.50 | $1,582.50 |
| B160 | 08/22/25 | CG | Draft correspondence to committee chair re: LS retention application | 0.40 | $264.00 |
| B160 | 08/22/25 | CMR | Review and revise Lowenstein Retention Application | 0.50 | $562.50 |
| B160 | 08/22/25 | EBL | Finalize and e-flle retention application (.6); prepare service list (.4); prepare certification of service (.4); serve same (.2) | 1.60 | $608.00 |
| B160 | 08/22/25 | JC | Review and comment on draft LS retention application | 1.10 | $1,710.50 |
| B160 | 08/22/25 | KEM | Correspondence with C. Restel and C. Gauvin re: retention application (.3); revise retention application (.3); email to J. Cohen re: retention application (.1) | 0.70 | $738.50 |
| B160 | 08/25/25 | CG | Confer with D. Claussen and B. Lawler re: certificate of service in connection with Lowenstein retention application | 0.20 | $132.00 |
| B160 | 08/25/25 | DC | Revise and e-file Certificate of Service for LS Retention Application | 0.20 | $80.00 |
| B160 | 08/25/25 | KEM | Correspondence with D. Claussen re: retention application service | 0.10 | $105.50 |

**Total B160 - Fee/Employment Applications**    16.10    $11,019.00

B165 Employment and Retention Applications - Others

UCC of Work 'N Gear LLC
Invoice No.: 1239581

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 08/11/25 | CG | Confer with K. Moynihan re: Debtor's and Debtor's professionals retention applications (.1); review and analyze same (.6); summarize and identify issues of same (.2) and send same to K. Moynihan (.2) | 1.10 | $726.00 |
| B165 | 08/18/25 | CMR | Review UST proposed Interim President Retention Order | 0.20 | $225.00 |
| B165 | 08/18/25 | KEM | Review revised Alvinder order | 0.30 | $316.50 |
| B165 | 08/19/25 | KEM | Review bank counsel invoice | 0.10 | $105.50 |
| B165 | 08/27/25 | CMR | Analyze issues re: President retention application | 0.20 | $225.00 |
| B165 | 08/27/25 | KEM | Revise CRO order | 0.40 | $422.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 2.30 | $2,020.00 |

B200 - Operations

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 08/07/25 | CG | Review, analyze and markup Debtors' final cash collateral order (.8) and send comments in connection with same to K. Moynihan and C. Restel (.2) | 1.00 | $660.00 |
| B230 | 08/08/25 | CG | Review, analyze and markup Debtors' final cash management order (.8) and send comments in connection with same to K. Moynihan and C. Restel (.2) | 1.00 | $660.00 |
| B230 | 08/09/25 | KEM | Review cash collateral order | 0.50 | $527.50 |
| B230 | 08/10/25 | KEM | Revise cash collateral order (.3); correspondence with C. Restel re: same (.3); draft email to E. Horn re: cash collateral order (.3) | 0.90 | $949.50 |
| B230 | 08/12/25 | CG | Call with Debtor's counsel re: first day order comments (.4); summarize call and send notes to K. Moynihan (.3) | 0.70 | $462.00 |
| B230 | 08/12/25 | CMR | Analyze legal issues re: changes to Cash Collateral Order (1.0); Call with Debtor's counsel re: same (.4); Call with K. Moynihan re: same (.2); Confer with LS Team (multiple) throughout the day re: same (.6) | 2.20 | $2,475.00 |
| B230 | 08/12/25 | ESC | Review lender's proposed changes to cash collateral and cash management orders | 0.20 | $239.00 |

UCC of Work 'N Gear LLC
Invoice No.: 1239581

Page 11<br>September 10, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 08/12/25 | JC | Review and comment on revised Cash Collateral order | 0.40 | $622.00 |
| B230 | 08/12/25 | KEM | Review revised cash collateral order (.5); correspondence with C. Choe re: comments to cash collateral order (.1) | 0.60 | $633.00 |
| B230 | 08/13/25 | CMR | Review and revise proposed Second Interim Cash Collateral Order (.5); Analyze revised proposed final Cash Collateral Order (1.1); Review objections to cash collateral order (.3) | 1.90 | $2,137.50 |
| B230 | 08/13/25 | ESC | Review revised cash collateral order | 0.20 | $239.00 |
| B230 | 08/13/25 | KEM | Review revised cash collateral order (.2); correspondence with E. Chafetz and C. Restel re: same (.4) | 0.60 | $633.00 |
| B230 | 08/14/25 | CMR | Review interim Cash Collateral Order | 0.20 | $225.00 |
| B230 | 08/15/25 | CMR | Analyze legal issues re: proposed cash collateral order | 1.00 | $1,125.00 |
| B230 | 08/17/25 | KEM | Review final cash collateral order | 0.80 | $844.00 |
| B230 | 08/18/25 | CG | Prepare for (.2) and participate in call with C. Restel and K. Moynihan re: UCC comments to cash collateral order (.3); draft issues list re: same (2.5); incorporate revisions from C. Restel to same (.9); send to E. Chafetz and review comments from same (.5); schedule internal call re: same (.1) | 4.50 | $2,970.00 |
| B230 | 08/18/25 | CMR | Analyze issues re: cash collateral order (.8); Call with LS Team re: same (.3) | 1.10 | $1,237.50 |
| B230 | 08/18/25 | KEM | Call with C. Restel and C. Gauvin re: cash collateral (.5); review cash collateral order (.2); correspondence with debtor and bank counsel re: call on cash collateral (.1); correspondence with C. Choe re: cash collateral order (.1); review cash collateral issues list (.2); correspondence from E. Chafetz, C. Restel and C. Gauvin re: same (.1) | 1.20 | $1,266.00 |
| B230 | 08/19/25 | CG | Schedule and prepare for internal and external calls re: cash collateral (.2); call with C. Restel and E. Chafetz re: final cash collateral order (.5); incorporate comments from E. Chafetz into UCC cash collateral issues list (.3); finalize list and send same to Debtors' and Lender's counsel (.2); call with Debtor and Lender counsel (.3); follow up internally with next steps (.2); provide UCC markups and comments to draft final cash collateral order (2.1); finalize proposed changes, compare to prior version, and send to K. Moynihan (.7) | 4.50 | $2,970.00 |

UCC of Work 'N Gear LLC                                                                    Page 12
Invoice No.: 1239581                                                               September 10, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 08/19/25 | CMR | Analyze issues re: cash collateral order (1.1); Call with LS Team re: same (.5); Call with Debtor and Lender counsel re: same (.4) | 2.00 | $2,250.00 |
| B230 | 08/19/25 | ESC | Internal LS team call re: cash collateral motion / order (.3); call with lenders and debtors re: same (.2) | 0.50 | $597.50 |
| B230 | 08/19/25 | KEM | Review revised cash collateral issues list (.2); call with LS team, Debtors counsel and lender's counsel re: cash collateral issues (.4); review landlord comments to cash collateral order (.1); revise cash collateral order (1.0); correspondence with C. Restel and C. Gauvin re: same (.1) | 1.80 | $1,899.00 |
| B230 | 08/20/25 | CG | Call with Debtor's counsel and financial advisor re: proposed revised budget (.4); provide comments to final cash collateral order re: budget (.3) incorporate comments to same from E. Chafetz and C. Restel (.5), finalize and send to Debtor and Lender with proposed changes (.5); incorporate Debtor's proposed changes to UCC revisions (.4); finalize revised version of proposed order and send to K. Moynihan (.7) review and discuss lender's comments with C. Restel (1.1) | 3.90 | $2,574.00 |
| B230 | 08/20/25 | CMR | Analyze issues re: cash collateral order (.8); Call with Debtor re: budget (.4); Review revisions to budget (.3) | 1.50 | $1,687.50 |
| B230 | 08/20/25 | ESC | Review updated budget (.1); confer with LS team re: cash collateral order issues (.2) | 0.30 | $358.50 |
| B230 | 08/20/25 | KEM | Call with Debtor on budget (.3); correspondence with E. Chafetz, C. Restel and C. Gauvin re: cash collateral order (.5); draft revised language for cash collateral order (.2); review budget (.5); review lender comments to cash collateral order (.4); correspondence from E. Horn and A. Rheaume re: same (.3) | 2.20 | $2,321.00 |
| B230 | 08/21/25 | CMR | Analyze issues re: cash collateral order and revised budget | 0.70 | $787.50 |
| B230 | 08/21/25 | ESC | Confer with LS team re: additional comments to cash collateral order | 0.10 | $119.50 |
| B230 | 08/21/25 | KEM | Attend cash collateral hearing and review updated budget (.1); correspondence from C. Restel and C. Gauvin re: cash collateral order revisions (.2); correspondence from E. Horn re: cash collateral hearing (.1) | 0.30 | $316.50 |
| B230 | 08/25/25 | CG | Draft proposed final cash collateral order language in connection with lender's comments and send same to C. Restel (1.3); confer with C. Restel and send UCC comments to Debtor and Lender counsel (.3) | 1.60 | $1,056.00 |
| B230 | 08/25/25 | CMR | Review and revise cash collateral order | 0.60 | $675.00 |

UCC of Work 'N Gear LLC
Invoice No.: 1239581

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 08/25/25 | ESC | Review revised cash collateral order; emails re: same | 0.20 | $239.00 |
| B230 | 08/25/25 | KEM | Review revised cash collateral order (.1); correspondence with C. Restel and C. Gauvin re: same (.2) | 0.30 | $316.50 |
| B230 | 08/26/25 | CG | Attention to correspondence re: Debtor and Lender response to Committee's latest comments to proposed final order | 0.40 | $264.00 |
| B230 | 08/26/25 | KEM | Correspondence from C. Gauvin and E. Horn re: cash collateral order | 0.10 | $105.50 |
| B230 | 08/27/25 | CG | Compare final cash collateral order to UCC comments (.7); review K. Moynihan notes from call with Debtor (.3); | 1.00 | $660.00 |
| B230 | 08/27/25 | CMR | Analyze issues re: final cash collateral order | 0.20 | $225.00 |
| B230 | 08/27/25 | KEM | Correspondence with C. Restel and C. Gauvin re: cash collateral order | 0.20 | $211.00 |

| | | | **Total B230 - Financing/Cash Collateral** | 41.40 | $37,538.00 |

B400 - Bankruptcy-Related Advice

B430A Court Hearings

| | | | | | |
|------|------|-----------|----------------|-------|--------|
| B430A | 08/14/25 | CMR | Second day hearing | 0.40 | $450.00 |
| B430A | 08/14/25 | KEM | Attend second day hearing | 0.40 | $422.00 |
| B430A | 08/21/25 | CMR | Virtual hearing re: cash collateral and cash management motions | 0.30 | $337.50 |

| | | | **Total B430A - Court Hearings** | 1.10 | $1,209.50 |

B440 Schedules and Statements

| | | | | | |
|------|------|-----------|----------------|-------|--------|
| B440 | 08/12/25 | CMR | Summary review of Debtor's schedules | 0.80 | $900.00 |
| B440 | 08/12/25 | KEM | Review correspondence from C. Restel re: schedules | 0.20 | $211.00 |

UCC of Work 'N Gear LLC                                                                    Page 14
Invoice No.: 1239581                                                          September 10, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B440 - Schedules and Statements** | 1.00 | $1,111.00 |

UCC of Work 'N Gear LLC
Invoice No.: 1239581

Page 15
September 10, 2025

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 38.30 | $32,690.00 |
| B120 | Asset Analysis and Recovery | 0.30 | $337.50 |
| B120A | Investigation of Prepetition Lenders | 6.90 | $7,008.50 |
| B150 | Meetings of and Communication with Creditors | 13.70 | $12,316.00 |
| B160 | Fee/Employment Applications | 16.10 | $11,019.00 |
| B165 | Employment and Retention Applications - Others | 2.30 | $2,020.00 |
| B230 | Financing/Cash Collateral | 41.40 | $37,538.00 |
| B430A | Court Hearings | 1.10 | $1,209.50 |
| B440 | Schedules and Statements | 1.00 | $1,111.00 |
| | **Total** | **121.10** | **$105,249.50** |

UCC of Work 'N Gear LLC                                                    Page 16
Invoice No.: 1239581                                              September 10, 2025

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---|
| Messenger and delivery charges | $45.64 |
| Filing fees | $767.00 |
| **Total Disbursements** | **$812.64** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

UCC of Work 'N Gear LLC                                                                                           Page 17
Invoice No.: 1239581                                                                                    September 10, 2025

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|------|-------------|--------|
| 08/20/25 | Federal Express VENDOR: Federal Express INVOICE#: 896442014 DATE: 8/25/2025 \|Tracking #: 392284909904 Date: 20250820 To: Richard J Hughes Justice Comp, INFORMATION NOT SUPPLIED, 25 Market Street, TRENTON, NJ 08625 US; From: Diane Claussen, Lowenstein Sandler, One Lowenstein Drive, ROSELAND, NJ 07068 US | $22.82 |
| 08/20/25 | Federal Express VENDOR: Federal Express INVOICE#: 896442014 DATE: 8/25/2025 \|Tracking #: 392285095200 Date: 20250820 To: Clerk, United States District, District of New Jersey, MLK Federal Building & U S co, NEWARK, NJ 07101 US; From: Diane Claussen, Lowenstein Sandler, One Lowenstein Drive, ROSELAND, NJ 07068 US | $22.82 |
| 08/19/25 | Filing Fees VENDOR: NJ Lawyers Fund for Client Protection INVOICE#: CKQ081925 DATE: 8/19/2025 Pro Hac Vice admission fees for Jeffrey Cohen, Esq. and Kelly Moynihan, Esq. | $267.00 |
| 08/19/25 | Filing Fees VENDOR: Clerk, U.S.District Court INVOICE#: CKQ081925 DATE: 8/19/2025 Pro Hac Vice admission fees for Jeffrey Cohen, Esq. and Kelly Moynihan, Esq. | $500.00 |
|  | Total Disbursements | $812.64 |