Form 195 – ntchrgdsclstat

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  25–17472–MEH
Chapter:  11
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Work 'N Gear, LLC
   1900 Route 70
   Lakewood, NJ 08701

Social Security No.:


Employer's Tax I.D. No.:
   45–0472810

_____

### NOTICE OF HEARING ON DISCLOSURE STATEMENT

A Disclosure Statement was filed by Work N' Gear on November 12, 2025 , pursuant to Fed. R. Bankr. P. 3016.

The Court shall conduct a hearing as to the adequacy of such statement before Honorable Mark Edward Hall on :

Date:              December 18, 2025
Time:              02:00 PM
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Eric Horn
A.Y. Strauss
290 West Mount Pleasant Avenue
Suite 3260
Livingston, NJ 07039
973–287–5006


Dated: November 13, 2025
JAN: mjb


                                                            Jeanne Naughton
                                                            Clerk