**STARK & STARK**
A Professional Corporation
By:  Joseph H. Lemkin
`      Thomas S. Onder
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
Attorneys for Levin Management Corporation

|  |  |
|---|---|
| In Re:<br><br>WORK 'N GEAR, LLC ,<br><br>              Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO.  25-17472-MEH<br><br>CHAPTER 11 |

### JOINDER TO FEDERAL REALTY OP LP'S MOTION
### TO COMPEL DEBTOR'S IMMEDIATE PAYMENT
### OF POST-PETITION LEASE OBLIGATIONS

1.      Levin Management Corporation ("Levin") hereby joins the Federal Realty OP LP's ("Federal") Motion to Compel the Debtor's Immediate Payment of Post-Petition Lease Obligations (the "Motion").

2.      Levin is identically situated to Federal, as neither has received payment of post-petition rent.  Levin recently filed its own motion to compel payment of administrative rent (the "Levin Motion") which Levin incorporates herein by reference [Doc. No. 299].

3.      Levin takes no position as to the amount, if any, owed to Federal, it joins in and adopts Federal's Motion solely to the extent it seeks immediate payment of post-petition rent.

4.      Accordingly, for the reasons set forth in the Motion and in the Levin Motion, to the extent post-petition rent is owed, Levin joins and supports Federal's request for immediate payment of post-petition rent, and requests that Levin's post-petition rent should be paid immediately as well.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

Respectfully submitted,

**STARK & STARK**
A Professional Corporation


By: */s/ Joseph H. Lemkin*
    Joseph H. Lemkin, Esq.
    Thomas S. Onder, Esq.

Dated:  April 5, 2026

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

-2-

4930-3639-4142, v. 1