UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Rachel Wolf, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: Rachel.wolf@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Work 'N Gear, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-17472 (MEH)<br><br>Hearing Date: April 28, 2026 at 10:00 a.m.<br><br>The Honorable Judge Mark E. Hall |

**NOTICE OF MOTION BY THE UNITED STATES TRUSTEE FOR AN ORDER
CONVERTING THE CASE TO CHAPTER 7 OR, IN THE ALTERNATIVE,
<u>DISMISSING THE CASE PURSUANT TO 11 U.S.C. § 1112(b)</u>**

**TO:  ALL PERSONS ON CERTIFICATE OF SERVICE**

 **PLEASE TAKE NOTICE** that the United States Trustee, by and through his counsel, will

move before the Honorable Judge Mark E. Hall, on April 28, 2026, at 10:00 a.m. or as soon

thereafter as counsel may be heard, at the United States Bankruptcy Court, District of New Jersey,

Clarkson S. Fisher U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07102, for an Order

Converting the Case to Chapter 7, or, in the Alternative, Dismissing the Case Pursuant to 11 U.S.C.

§ 1112(b), and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than seven days in advance of the hearing date pursuant to District of New Jersey Local Bankruptcy Rule 9013-2(a)(2). If opposing papers are not filed and served within the required time, the Motion may be deemed uncontested pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) and an Order Converting the Case to Chapter 7, or, in the Alternative, Dismissing the Case, may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(d), all motions will be decided without oral argument unless opposition is filed.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9


*/s/ Rachel Wolf*
Rachel Wolf
Trial Attorney


DATED: April 6, 2026